IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER, | ) No. CIV. F-05-922-OWW-P |
| Petitioner, | ) **DEATH PENALTY CASE** |
| v. | ) ORDER GRANTING<br>) APPLICATION TO PROCEED |
| JOHN STOKES, Acting Warden of<br>San Quentin State Prison, | ) IN FORMA PAUPERIS AND<br>) APPOINTING COUNSEL |
| Respondent. | ) |

Petitioner is a state prisoner proceeding pro se.  He has filed applications for leave to proceed in forma pauperis, and for appointment of counsel.  The  Office of the Federal Defender has reported to the Court its availability to accept appointment as counsel in this case.

Consequently, good cause appearing, IT IS HEREBY ORDERED as follows:

1. Petitioner's request to proceed in forma pauperis granted;

2. Petitioner's application for appointment of counsel is granted.  The Federal Defender, Capital Habeas Unit, is hereby appointed, pursuant to 21 U.S.C. § 848(q), to represent the petitioner herein.

IT IS SO ORDERED.

**Dated:    July 22, 2005**              _____/s/ Oliver W. Wanger_____
b64h1h                                        UNITED STATES DISTRICT JUDGE