UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Warden<br>of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:05-cv-00922-OWW<br><br>DEATH PENALTY CASE<br><br>Order Granting Petitioner's Request For Extension of Time to File Amended Petition and Regarding Lodging of State Court Record |

On September 29, 2005, Petitioner Michael Corey Slaughter ("Slaughter") filed a "protective" federal petition, as suggested by *Pace v. DiGuglielmo*, 544 U.S. 408, 416-17 (2005). Slaughter's *Pace* petitition was stayed and abeyance granted until his pending state habeas petition was decided by the California Supreme Court. Slaughter notified this Court November 19, 2007, of the denial of his state habeas petition by the California Supreme Court on October 31, 2007. The stay and abeyance in these proceedings was lifted, and a schedule established for Respondent Robert L. Ayers, Jr. ("the Warden") to lodge the state record and for Slaughter to amend his federal petition.

The Warden lodged the state record January 22, 2008, and Slaughter filed an objection to the lodging, asserting the filing was incomplete as the documents related to his state habeas proceedings were not lodged. On February 21, 2008,

the Warden lodged three additional documents related to Slaughter's state habeas proceedings, and requested that Slaughter's objections be overruled as to the remaining documents since they were previously submitted in support of the *Pace* petition. Counsel for Slaughter has no objection to the use of the exhibits lodged in support of his petition as part of the lodged state record.

On March 6, 2008, Slaughter filed a request for an extension of time to file his amended petition up to the time in which the one-year statute of limitations expires, October 7, 2008. Counsel for Slaughter states they have been diligently working on the case, and have assigned a second attorney from the Federal Defender's Office, collected and reviewed documents, located and interviewed witnesses, and continued the investigation. Despite these facts, counsel for Slaughter asserts there is good cause for the extension of time due to the complexity of the case, the length of the record, the grographic distribution of important witnesses, and discovery proceedings in the state court. The Warden has not submitted any objection to this request.

The Warden is excused from lodging duplicates of the state habeas documents which were submitted in support of Slaughter's *Pace* petition. Slaughter's request for an extension of time to October 7, 2008, to file his amended federal petition is granted. The requirement that the parties meet and confer and file a joint statement regarding exhaustion within 30 days of filing the amended petition remaining in effect.

IT IS SO ORDERED.

**Dated:   March 19, 2008**         /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE