1

2

3

4

5

6                UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9   MICHAEL COREY SLAUGHTER,        )   Case No. 1:05-cv-00922-OWW
                                    )
10                Petitioner,        )
                                    )   DEATH PENALTY CASE
11       vs.                        )
                                    )
12   ROBERT L. AYERS, Jr., Warden   )   Order Granting Motion to Lodge
    of San Quentin State Prison,    )   Under Seal Exhibits in Support of
13                                   )   Petitioner's Second State Habeas
                   Respondent.       )   Petition (Doc. 43)
14   _____ )

15

16       On October 3, 2008, Petitioner Michael Corey Slaughter ("Slaughter") filed

17   his amended federal habeas petition.  Concurrently, Slaughter filed a second

18   habeas petition with the California Supreme Court, and lodged a copy with this

19   Court.  Slaughter seeks to have two volumes (Volume III and Volume IV) of the

20   exhibits filed in support of his second state habeas petition lodged under seal in

21   these proceedings.  Slaughter asserts these exhibits contain confidential medical

22   and psychiatric records, and that he has also requested they be filed under seal in

23   the state court proceedings.  Respondent Robert L. Ayers, Jr. has not filed an

24   opposition to Slaughter's request.

25       Slaughter's motion to lodge exhibits under seal is GRANTED.  Volumes III

26   and IV of the lodged exhibits in support of Slaughter's Second State Habeas

1  Petition shall be lodged under seal.

2

3  IT IS SO ORDERED.

4  **Dated:   November 10, 2008**                    /s/ **Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26