UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>          Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Warden<br>of San Quentin State Prison,<br><br>          Respondent. | Case No. 1:05-cv-00922-OWW<br><br>DEATH PENALTY CASE<br><br>Order Regarding Petitioner's Motion to Stay and Abey Federal Proceedings, Vacating Hearing Date and Setting Briefing Schedule |

On November 4, 2008, Petitioner Michael Corey Slaughter ("Slaughter") filed a motion for stay and abeyance of his federal habeas proceedings while he seeks exhaustion of remedies in the California Supreme Court. Slaughter's first filing in federal court, on September 29, 2005, was a "protective" petition, pursuant to *Pace v. DiGuglielmo*, 544 U.S. 408, 416-17 (2005), submitted while his state habeas petition was still pending in state court, since his state habeas petition had been filed after the time in which it would be presumed to be without substantial delay. *See* California Supreme Court Policies Regarding Cases Arising from Judgments of Death, Policy 3. Slaughter's motion for stay and abeyance of his federal proceedings until after the California Supreme Court ruled on his pending state habeas petition was granted November 7, 2005. Slaughter's first

state habeas petition was denied by the California Supreme Court on October 31, 2007, and the stay and abeyance in these proceedings was lifted.

  Slaughter filed his amended federal habeas petition October 3, 2008, and concurrently filed a second habeas petition with the California Supreme Court. Slaughter states his amended federal petition includes the unexhausted claims presented to the state in his second habeas petition, and so agrees with the Warden that his amended federal petition is a "mixed" petition. Slaughter asserts there is good cause for the second motion for stay and abeyance of the federal proceedings as the claims in the exhaustion petition are potentially meritorious, and he has not engaged in dilatory litigation tactics.

  Slaughter's second motion for stay and abeyance was set for hearing on February 9, 2009, the first date available on the Court's calendar. The Court finds this issue appropriate for resolution on the papers, vacates the hearing date, and sets the following briefing schedule:  The Warden's opposition to Slaughter's motion to stay and abey the federal proceedings shall be filed within 30 days of the date of this order. Slaughter's reply to the Warden's opposition shall be filed within 10 court days of the date of filing of the opposition.

IT IS SO ORDERED.

**Dated:   November 10, 2008**        /s/ Oliver W. Wanger
                       UNITED STATES DISTRICT JUDGE