# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No.  1:05-cv-00922-AWI-SAB<br><br><u>DEATH</u> <u>PENALTY</u> <u>CASE</u><br><br>ORDER DIRECTING PETITIONER TO FILE AMENDED ABSTRACT OF JUDGMENT<br><br>(ECF No. 91) |

Petitioner filed a status report on September 22, 2014, informing the Court that the California Supreme Court has issued an order summarily denying all claims in petition No. S183839 and that the parties have been notified that an amended abstract of judgment had been entered in the state court action.  Accordingly, IT IS HEREBY ORDERED that Petitioner shall file a copy of the amended abstract of judgment on or before November 3, 2014.

IT IS SO ORDERED.

Dated:   **September 29, 2014**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1