# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, AS WARDEN OF SAN QUENTIN CALIFORNIA STATE PRISON,<br><br>Respondent. | Case No. 1:05-cv-00922-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER THAT PETITIONER SHOW CAUSE WHY CLAIM 47 SHOULD NOT BE DISMISSED WITH PREJUDICE<br><br>FOURTEEN (14) DAY DEADLINE<br><br>ORDER THAT PARTIES FILE A JOINT STATEMENT REGARDING EXHAUSTION STATUS OF SECOND AMENDED PETITION<br><br>FORTY-FIVE (45) DAY DEADLINE |

On August 18, 2014, the Court ordered Claim 47 (claim 13 in the state petition), which alleges clerical error in the abstract of judgment, be held in reserve pending proceedings in Stanislaus County Superior Court for relief on that Claim. Petitioner notified the Court, on November 3, 2014, that the Superior Court had granted the requested relief.

On December 15, 2014, Respondent[1] filed his answer to the second amended petition for writ of habeas corpus. Respondent stated in the answer that aspects of Claims 7, 8, 9, and 19 are

---

[1] Ron Davis, the Acting Warden of San Quentin State Prison, is substituted as the named Respondent. Fed. R. Civ. P. 25(d).

1

unexhausted.

Accordingly, it is HEREBY ORDERED that:

1. Within fourteen (14) days from the filing of this order, Petitioner shall either show cause why Claim 47 should not be dismissed with prejudice, or file a dismissal with prejudice of Claim 47. The failure to respond or show cause will result in a recommendation to the district judge that Claim 47 be dismissed with prejudice.

2. Within forty-five (45) days from filing of this order, the parties shall meet and confer regarding exhaustion status of the second amended petition and file a joint statement setting forth their respective positions. The Court will resolve any dispute(s).

IT IS SO ORDERED.

Dated: **December 22, 2014**

UNITED STATES MAGISTRATE JUDGE