**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, AS WARDEN OF SAN QUENTIN CALIFORNIA STATE PRISON,<br><br>　　　　　Respondent. | Case No. 1:05-cv-00922-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER DISMISSING CLAIM 47 ONLY WITH PREJUDICE |

　　　On December 23, 2014, Magistrate Judge Stanley A. Boone ordered Petitioner either show cause why Claim 47 in the second amended petition alleging clerical error in the abstract of judgment should not be dismissed with prejudice, or file a dismissal with prejudice of Claim 47.

　　　On January 6, 2015, Petitioner and Respondent filed a stipulation that Claim 47 is moot and that the Court enter an order dismissing with prejudice Claim 47 (ECF No. 99).

　　　Accordingly, it is HEREBY ORDERED that:

1

1. The order to show cause (ECF No. 98) is DISCHARGED;
2. Claim 47 in the second amended petition for writ of habeas corpus is DISMISSED with prejudice; and
3. The Clerk of the Court is directed that this case shall remain open.

IT IS SO ORDERED.

Dated:   January 9, 2015                    _____
                                                    SENIOR DISTRICT JUDGE