UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:05-cv-00922-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE MEMORANDUM ADDRESSING MERITS<br>(Doc. No. 112)<br><br>ORDER MODIFYING SCHEDULING ORDER<br>(Doc. No. 109) |

　　　　Before the court is a motion by petitioner, through counsel, Assistant Federal Defenders Jennifer Mann and Kelly Culshaw, to extend by one hundred and twenty days the current October 3, 2016 deadline for filing his memorandum of points and authorities on the merits of each claim in the second amended petition. This extension of time, petitioner's first, is necessary due to Assistant Federal Defender Mann's unanticipated administrative duties and responsibilities in other matters and Assistant Federal Defenders Culshaw's recent assignment to this case and responsibilities in other matters. (*See* Doc. Nos. 112-1 & 112-2.) Counsel estimate they have completed half of the work needed on the memorandum. (*Id.*)

　　　　Assistant Federal Defender Mann represents that counsel for respondent, Deputy Attorney General Ryan McCarroll, does not object to the requested extension. (*See* Doc. No. 112-1.)

1

The court finds good cause to grant petitioner's motion and thereupon modify the court's May 27, 2015 scheduling order.

Accordingly,

1. Petitioner's unopposed motion for first extension of time to file his memorandum of points and authorities on the merits of each claim in the second amended petition is granted to and including January 31, 2017.  Respondent's memorandum in opposition shall now be filed by not later than July 31, 2017.  Petitioner shall file any reply memorandum by not later than January 31, 2018.

2. Petitioner shall file any motion for discovery, expansion of the record and/or evidentiary hearing by not later than May 14, 2018.  Respondent shall now file any opposition by not later than July 16, 2018.  Petitioner shall file any reply by not later than September 10, 2018.

3.  In all other regards the May 27, 2015 scheduling order shall continue in full force.

IT IS SO ORDERED.

Dated:   **September 15, 2016**

UNITED STATES DISTRICT JUDGE