UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>      Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>      Respondent. | Case No. 1:05-cv-00922-DAD-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE MEMORANDUM ADDRESSING MERITS<br>(Doc. No. 114)<br><br>ORDER MODIFYING SCHEDULING ORDER<br>(Doc. No. 109) |

Before the court is a motion brought by petitioner, through counsel Assistant Federal Defenders Jennifer Mann and Kelly Culshaw, to extend by thirty (30) days the current January 31, 2017 deadline for petitioner's filing his memorandum of points and authorities on the merits of each of his claims set forth in his second amended petition for federal habeas relief. According to petitioner's counsel, the requested extension of time, petitioner's second, is necessary due to counsel's responsibilities in other matters. Counsel estimate they have completed seventy percent of the work required in order to file the memorandum of points and authorities in question. Assistant Federal Defender Mann also represents to the court that counsel for respondent, Deputy Attorney General Ryan McCarroll, does not object to the requested extension.

/////

1

1    The court finds good cause to grant petitioner a second extension of time to file his
2 memorandum of points and authorities addressing the merits of each of his claims and will
3 therefore modify the previously established briefing schedule.
4    Accordingly,
5    1.   Petitioner's unopposed motion for second extension of time to file his
6         memorandum of points and authorities addressing the merits of each claim in the
7         second amended petition is granted.  Petitioner shall now file that memorandum by
8         March 2, 2017.  Respondent's memorandum in opposition shall be filed by not
9         later than August 31, 2017.  Petitioner shall file any reply memorandum by not
10        later than March 2, 2018.
11   2.   Petitioner shall file any motion for discovery, expansion of the record and/or
12        evidentiary hearing by not later than June 18, 2018.  Respondent shall file any
13        opposition by not later than August 20, 2018.  Petitioner shall file any reply by not
14        later than October 15, 2018.
15   3.   In all other regards the May 27, 2015 scheduling order shall remain in full force
16        and effect.
17 IT IS SO ORDERED.
18   Dated:   **January 29, 2017**                                  _Dale A. Drozd_
19                                                        UNITED STATES DISTRICT JUDGE