UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:05-cv-00922-DAD-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE OPPOSITION MEMORANDUM<br>(Doc. No. 117)<br><br>ORDER FURTHER MODIFYING SCHEDULING ORDER<br>(Doc. No. 109) |

    Before the court is a motion by respondent, through counsel Deputy Attorney General Ryan B. McCarroll, to extend by thirty (30) days the current August 31, 2017 deadline for filing his memorandum of points and authorities in opposition to the second amended petition. This extension of time, respondent's first, is necessary due to counsel's responsibilities in other matters. Counsel estimates ninety percent of the work needed on the memorandum has been completed.

    Mr. McCarroll represents that counsel for petitioner, Assistant Federal Defenders Jennifer Mann and Kelly Culshaw, do not oppose to the requested extension of time.

/////

1

The court finds good cause to grant respondent's requested first extension and thereupon further modify the court's schedule for briefing in this case.

Accordingly,

1. Respondent's unopposed motion for first extension of time to file his memorandum of points and authorities in opposition to the second amended petition is granted to and including September 30, 2017. Petitioner shall file any reply memorandum by not later than April 1, 2018.

2. Petitioner shall file any motion for discovery, expansion of the record and/or evidentiary hearing by not later than July 18, 2018. Respondent shall file any opposition by not later than September 19, 2018. Petitioner shall file any reply by not later than November 14, 2018.

3. In all other respects the May 27, 2015 scheduling order shall continue in full force.

IT IS SO ORDERED.

Dated: **August 18, 2017**

UNITED STATES DISTRICT JUDGE