# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:05-cv-00922-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION MEMORANDUM<br>(Doc. No. 119)<br><br>ORDER FURTHER MODIFYING SCHEDULING ORDER<br>(Doc. No. 109) |

  Before the court is respondent's motion for a thirty (30) day extension of time of the current September 30, 2017 deadline for filing the memorandum of points and authorities in opposition to the second amended petition for writ of habeas corpus. This extension of time, respondent's second, is necessary due to Deputy Attorney General Ryan McCarroll's responsibilities in other matters.

  Deputy Attorney General McCarroll estimates that he has drafted ninety-five percent of the opposition and represents that counsel for petitioner, Assistant Federal Defender Jennifer Mann, does not oppose to the requested extension of time.

/////

1

1. The court finds good cause to grant respondent's second request for an extension of time and for modification of the court's previously established briefing schedule in this case.

Accordingly,

1. Respondent's unopposed motion for second extension of time to file the memorandum of points and authorities in opposition to the second amended petition is granted to and including October 30, 2017. Petitioner shall file any reply memorandum by not later than May 1, 2018.

2. Petitioner shall file any motion for discovery, expansion of the record and/or evidentiary hearing by not later than August 17, 2018. Respondent shall file any opposition by not later than October 19, 2018. Petitioner shall file any reply by not later than December 14, 2018.

3. In all other regards the May 27, 2015 scheduling order shall continue in full force.

IT IS SO ORDERED.

Dated: **September 26, 2017**  
_____  
UNITED STATES DISTRICT JUDGE