UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER, | Case No. 1:05-cv-00922-DAD-SAB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO FILE OPPOSITION MEMORANDUM |
| RON DAVIS, Warden of San Quentin State Prison, | (Doc. No. 121) |
| Respondent. | ORDER FURTHER MODIFYING SCHEDULING ORDER |
| | (Doc. No. 109) |

Before the court is a motion by respondent, through counsel Deputy Attorney General Ryan McCarroll, to extend by thirty days the current October 30, 2017 deadline for filing the memorandum of points and authorities in opposition to the second amended petition for writ of habeas corpus. This extension of time, respondent's third, is to allow for supervisory review of the draft document, and Mr. McCarroll's unanticipated responsibilities in another matter. Respondent's previous two unopposed extensions total sixty days.

Mr. McCarroll represents that counsel for petitioner, Assistant Federal Defender Kelly Culshaw, does not oppose to the requested extension.

/////

1

1 | The court finds good cause to grant respondent's requested third extension and thereupon
2 | further modify the court's schedule in this case.
3 | Accordingly,
4 | 1. Respondent's unopposed motion for third extension of time to file the memorandum of points and authorities in opposition to the second amended petition is granted to and including November 29, 2017. Petitioner shall file any reply memorandum by not later than May 31, 2018.
5 | 2. Petitioner shall file any motion for discovery, expansion of the record and/or evidentiary hearing by not later than September 17, 2018. Respondent shall file any opposition by not later than November 19, 2018. Petitioner shall file any reply by not later than January 14, 2019.
6 | 3. In all other regards the May 27, 2015 scheduling order shall continue in full force.

IT IS SO ORDERED.

Dated: **October 30, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE