UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:05-cv-00922-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE REPLY MEMORANDUM<br>(Doc. No. 126)<br><br>ORDER FURTHER MODIFYING SCHEDULING ORDER<br>(Doc. No. 109) |

Before the court is a motion brought by petitioner, through counsel Assistant Federal Defenders Jennifer Mann and Kelly Culshaw, to extend the deadline for filing the reply to respondent's memorandum of points and authorities in opposition to the second amended petition for writ of habeas corpus from July 30, 2018 to October 28, 2018. This extension of time, petitioner's second, is necessary due to counsel's responsibilities in other matters.

Counsel represent that counsel for respondent, Deputy Attorney General Ryan McCarroll, does not oppose the requested extension.

The court finds good cause to grant the instant motion and thereupon further modify the court's schedule in this case.

1

Accordingly,

1. Petitioner's unopposed motion for second extension of time to file the reply to respondent's memorandum of points and authorities in opposition to the second amended petition for writ of habeas corpus is granted to and including October 28, 2018.

2. Petitioner shall file any motion for discovery, expansion of the record and/or evidentiary hearing by not later than March 1, 2019. Respondent shall file any opposition by not later than May 1, 2019. Petitioner shall file any reply by not later than July 1, 2019.

3. In all other regards the May 27, 2015 scheduling order shall continue in full force.

IT IS SO ORDERED.

Dated: **July 18, 2018**

UNITED STATES DISTRICT JUDGE