1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL COREY SLAUGHTER,              Case No. 1:05-cv-00922-DAD

12                 Petitioner,             DEATH PENALTY CASE

13         v.                              ORDER GRANTING PETITIONER'S
                                           UNOPPOSED MOTION FOR FOURTH
14   RON DAVIS, Warden of San Quentin      EXTENSION OF TIME TO FILE REPLY
     State Prison,                         MEMORANDUM
15                                         (Doc. No. 130)
                   Respondent.
16                                         ORDER FURTHER MODIFYING
                                           SCHEDULING ORDER
17                                         (Doc. No. 109)

18

19

20         Before the court is a motion brought by petitioner, through counsel Assistant Federal

21   Defenders Jennifer Mann and Kelly Culshaw, to extend the deadline for filing the reply to

22   respondent's memorandum of points and authorities in opposition to the second amended petition

23   for writ of habeas corpus from January 26, 2019 to April 26, 2019.  This extension of time,

24   petitioner's fourth, is necessary due to counsel's responsibilities in other matters and

25   unanticipated medical issues.

26         Counsel represent that counsel for respondent, Deputy Attorney General Ryan McCarroll,

27   does not oppose the requested extension.

28   /////

                                            1

The court finds good cause to grant the instant motion and thereupon further modify the court's schedule in this case.

Accordingly,

1.  Petitioner's unopposed motion for fourth extension of time to file the reply to respondent's memorandum of points and authorities in opposition to the second amended petition for writ of habeas corpus is granted to and including April 26, 2019.

2.  Petitioner shall file any motion for discovery, expansion of the record and/or evidentiary hearing by not later than October 1, 2019. Respondent shall file any opposition by not later than December 1, 2019. Petitioner shall file any reply by not later than February 1, 2020.

3.  In all other regards the May 27, 2015 scheduling order shall continue in full force.

IT IS SO ORDERED.

Dated:  __**January 22, 2019**__          _____
                                          UNITED STATES DISTRICT JUDGE