UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:05-cv-00922-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR EVIDENTIARY HEARING, RECORD EXPANSION AND/OR DISCOVERY<br><br>(Doc. No. 142) |

    Before the court is a motion brought by petitioner, through counsel Assistant Federal Defender Jennifer Mann, to extend the deadline for filing a motion for evidentiary hearing, expansion of the record and/or discovery from August 31, 2020 to October 30, 2020. This extension of time is necessary due to counsel's responsibilities in other matters.

    Ms. Mann represents to the court that counsel for respondent, Deputy Attorney General Ryan McCarroll, does not object to the requested extension.

    The court finds good cause to grant the instant motion.

    Accordingly, petitioner's unopposed motion to extend the deadline for filing a motion for evidentiary hearing, expansion of the record and/or discovery (Doc. No. 142) is granted to and

including October 30, 2020.  Respondent shall file any opposition to the motion by not later than January 15, 2021.  Petitioner shall file any reply to the opposition by not later than March 19, 2021.

IT IS SO ORDERED.

Dated:   **August 25, 2020**

UNITED STATES DISTRICT JUDGE