UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Warden of the California State Prison at San Quentin,<br><br>Respondent. | Case No.  1:05-cv-00922-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR SUPPLEMENTAL BRIEFING AND SCHEDULING ORDER<br><br>(Doc. No. 153) |

On July 6, 2022, counsel for petitioner moved the court for an order allowing supplemental briefing on the effect of the Supreme Court's recent opinions in *Shinn v. Ramirez*, __U.S.__, 142 S. Ct. 1718 (2022)  and *Shoop v. Twyford*, __U.S.__, 142 S. Ct. 2037 (2022), on his pending Corrected Motion for Evidentiary Hearing, Expansion of the Record and Discovery, filed November 2, 2020.  Petitioner has provided a proposed briefing schedule with his motion.

Counsel for petitioner represents that counsel for respondent, Deputy Attorney General Ryan McConnell, does not oppose the motion and the proposed schedule for supplemental briefing.

The court finds good cause to grant the motion upon the schedule agreed upon by counsel for the parties.

/////

1

Accordingly, petitioner's unopposed motion for supplemental briefing addressing the effect of the Supreme Court's recent decisions in *Ramirez* and *Twyford* on his pending Corrected Motion for Evidentiary Hearing, Expansion of the Record and Discovery, is granted. Petitioner shall file his supplemental brief not later than sixty (60) days following service of this order. Respondent shall file his supplemental answer brief not later than sixty (60) days following the filing of petitioner's brief. Petitioner shall file his supplemental reply brief not later than forty-five (45) days following the filing of respondent's brief.

IT IS SO ORDERED.

Dated:   **July 13, 2022**

_____
UNITED STATES DISTRICT JUDGE