UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHANCE ANDES, Warden of San Quentin Rehabilitation Center,<br><br>　　　　Respondent. | Case No. 1:05-cv-00922-KES<br><br>DEATH PENALTY CASE<br><br>ORDER (1) GRANTING PETITIONER'S UNOPPOSED MOTION TO SUBSTITUTE RESPONDENT, and (2) DIRECTING THE CLERK OF THE COURT TO SUBSTITUTE THE NAME OF WARDEN TAMMY L. CAMPBELL FOR WARDEN CHANCE ANDES AS NAMED RESPONDENT |

On May 23, 2024, Petitioner Michael Corey Slaughter, through appointed counsel the Office of the Federal Defender for the Eastern District of California by Assistant Federal Defenders Alyssa Mack and Jennifer Mann, moved to substitute Tammy L. Campbell, Warden of California State Prison - Corcoran, as the Respondent in this action in place of Chance Andes, Warden of the San Quentin Rehabilitation Center (formally known as California State Prison - San Quentin).

Counsel for Petitioner advise that counsel for Respondent, Deputy Attorney General Joseph Penney, has no objection to the motion.

The Court, having reviewed Petitioner's motion, the record, and the controlling law, will grant substitution of Warden Tammy L. Campbell as named Respondent, as discussed below.

1

1    A petition for writ of habeas corpus by an applicant in custody under a state court
2 judgment shall name as respondent the state officer who has custody.  28 U.S.C. § 2242;
3 Rules Governing § 2254 Cases, Rule 2(a); *see also* Fed. R. Civ. P. 25(d) (providing for the
4 automatic substitution of a successor public officer for a predecessor public officer named as
5 a party in an official capacity).  A failure to name the proper respondent destroys personal
6 jurisdiction.  *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994); *see also*
7 *Johnson v. Reilly,* 349 F.3d 1149, 1153 (9th Cir. 2003) (the warden of the penitentiary where
8 a prisoner is confined constitutes the custodian who must be named in the petition).  Petitioner
9 was incarcerated at California State Prison - San Quentin at the time the initial petition was
10 filed.  (Doc. 8 at 9.[1])  Petitioner named the warden of that institution as Respondent.  (Doc. 8
11 at 1.)  Counsel state that Petitioner now has been transferred to California State Prison -
12 Corcoran,  and is in the custody of the warden of that institution, Tammy L. Campbell.  (Doc.
13 186 at 1.)  The Court takes notice that the official website of the California Department of
14 Corrections and Rehabilitation reflects: (i) the California State Prison - Corcoran is located at
15 4001 King Avenue, Corcoran, CA 93212, (ii) the present warden of California State Prison -
16 Corcoran  is Tammy L. Campbell, and (iii) Petitioner is presently incarcerated at the
17 California State Prison - Corcoran.  Fed. R. Evid. 201; *see* http://www.cdcr.ca.gov/facility-
18 locator/cor/, (last visited May 23, 2024); http://apps.cdcr.ca.gov/ciris/, (last visited May 23,
19 2024).

20    The Court's jurisdiction over this proceeding is unaffected by Petitioner's transfer to
21 the California State Prison - Corcoran.  Petitioner claims that in the course of the proceedings
22 resulting in his conviction, he suffered violations of his Constitutional rights.  (Doc. 82 at 24-
23 165.)  The challenged judgment was rendered by the Stanislaus County Superior Court of the
24 State of California, which is located within the territorial jurisdiction of this Court.  (Doc. 82
25 at 8); 28 U.S.C. §§ 84(b), 2241(a)(d), and 2254(a); Local Rules for the Eastern District of
26 California, Rule 191(f); *see also Francis v. Rison,* 894 F.2d 353, 354 (9th Cir. 1990) (citing

---

[1] Reference to page numbering is to CM/ECF system pagination.

*Smith v. Campbell,* 450 F.2d 829, 834 (9th Cir.1971)) ("[J]urisdiction attaches on the initial filing for habeas corpus relief, and it is not destroyed by a transfer of the petitioner and the accompanying custodial change.").

THEREFORE, the Court orders that:

1. Petitioner's motion to substitute Tammy L. Campbell, Warden of California State Prison - Corcoran, as Respondent in place of Chance Andes, Warden of the San Quentin Rehabilitation Center (Doc. No. 186), is GRANTED.
2. The Clerk of the Court is directed to substitute the name of Tammy L. Campbell for Warden Chance Andes as the named Respondent in this action.

IT IS SO ORDERED.

Dated:   May 24, 2024

_____
UNITED STATES DISTRICT JUDGE