UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>Petitioner,<br><br>v.<br><br>TAMMY L. CAMPBELL, Warden, California State Prison - Corcoran,<br><br>Respondent. | Case No. 1:05-cv-00922-KES<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO SUBSTITUTE RESPONDENT<br><br>(Doc. 198) |

On July 2, 2025, petitioner Michael Corey Slaughter, through appointed counsel the Office of the Federal Defender for the Eastern District of California, moved to substitute Danny Samuel, Warden of the California Men's Colony - San Luis Obispo, as respondent in this action in place of Tammy L. Campbell, Warden of California State Prison - Corcoran.

Counsel for petitioner states that counsel for respondent, Deputy Attorney General Joseph Penney, has no objection to the motion.

The Court has reviewed petitioner's motion and the record and the controlling law and will grant substitution of Danny Samuel as named respondent, as discussed below.

A petition for writ of habeas corpus by an applicant in custody under a state court judgment shall name as respondent the state officer who has custody. 28 U.S.C. § 2242; Rules

1

1  Governing § 2254 Cases, Rule 2(a). A failure to name the proper respondent destroys
2  personal jurisdiction. *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994).
3        The record reflects that petitioner was incarcerated at San Quentin State Prison when
4  he initiated this proceeding; in May of 2024, petitioner was transferred to California State
5  Prison - Corcoran; and in May of 2025, petitioner was transferred to the California Men's
6  Colony - San Luis Obispo. (Docs. 3, 187, 198.)
7        The Court takes notice that: (i) the California Men's Colony is located at Colony Drive,
8  San Luis Obispo, Cal. 93409, (ii) the current warden of the California Men's Colony is Danny
9  Samuel, and (iii) petitioner is currently incarcerated at the California Men's Colony.[1]
10       The Court's jurisdiction over this proceeding is unaffected by petitioner's transfer to
11 the California Men's Colony. Petitioner claims that during state court proceedings resulting in
12 his conviction and sentence, he suffered violations of his constitutional rights. (Docs. 3, 82.)
13 The challenged judgment was rendered by the Stanislaus County Superior Court of the State
14 of California, which is located within the territorial jurisdiction of this Court. (*Id.*); 28 U.S.C.
15 §§ 84(b), 2241(a)(d), 2254(a); Local Rules for the Eastern District of California, Rule 191(f);
16 *see also Francis v. Rison,* 894 F.2d 353, 354 (9th Cir. 1990) (citing *Smith v. Campbell,* 450
17 F.2d 829, 834 (9th Cir.1971)) ("[J]urisdiction attaches on the initial filing for habeas corpus
18 relief, and it is not destroyed by a transfer of the petitioner and the accompanying custodial
19 change.").
20       THEREFORE, the Court orders that:
21     1.    Petitioner's motion to substitute the warden of the California Men's Colony -
22         San Luis Obispo, currently Danny Samuel, as respondent in place of Tammy L.
23         Campbell, Warden of California State Prison - Corcoran (Doc. 198), is
24         GRANTED.
25     2.    The Clerk of the Court is directed to SUBSTITUTE the name of Danny Samuel,
26         Warden of the California Men's Colony – San Luis Obispo, for Warden Tammy

---

[1] California Incarcerated Records & Information Search (CIRIS) - CDCR [re Michael Slaughter] (last visited December 8, 2025); Fed. R. Evid. 201.

L. Campbell, Warden of California State Prison - Corcoran, as named respondent in this action.

IT IS SO ORDERED.

Dated:   December 19, 2025

_____
UNITED STATES DISTRICT JUDGE