UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COREY SLAUGHTER,<br><br>Petitioner,<br><br>v.<br><br>TAMMY L. CAMPBELL, Warden of the California State Prison - Corcoran,<br><br>Respondent. | Case No. 1:05-cv-00922-KES<br><br>DEATH PENALTY CASE<br><br>ORDER THAT PETITIONER (1) FILE A STATUS REPORT, AND (2) IF PETITIONER IS SEEKING A STAY OF THIS FEDERAL PROCEEDING, FILE A MOTION FOR STAY |

Petitioner Michael Corey Slaughter, a condemned state prisoner represented by the Office of the Federal Defender for the Eastern District of California, filed on July 2, 2025, a status report advising the Court of California Racial Justice Act ("CRJA") proceedings pending in the Stanislaus County Superior Court, and requesting this Court withhold its rulings in this case pending the state court proceedings.[1] (Doc. 199.) Petitioner did not file a motion for stay of this federal matter pending his CRJA proceedings.

THEREFORE, it is ordered that petitioner, by not later than 30 days following service of this order: (1) file a status report updating the Court on his state court proceedings, and (2) to the

---

[1] The CRJA was enacted in 2020 and is codified in California Penal Code section 745. Under the CRJA, a defendant who can show that his conviction or sentence was based on his race, ethnicity, or national origin is entitled to have his conviction or sentence vacated.

1

extent petitioner is seeking a stay in this 28 U.S.C. § 2254 proceeding, file a motion for stay supported by points and authorities demonstrating petitioner's need for and entitlement to a stay pending his CRJA proceedings.

IT IS SO ORDERED.

Dated:   December 19, 2025

_____
UNITED STATES DISTRICT JUDGE

2